```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

TERRENCE O'DONNELL,

    Plaintiff,

v.                              Case No. 8:13-cv-2958-T-33TGW

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Thomas G. Wilson (Doc. # 19), entered on December 12, 2014, recommending that the decision of the Commissioner denying benefits be affirmed.

On December 24, 2014, Plaintiff Terrence O'Donnell filed an Unopposed Motion for Extension of Time to File Objections (Doc. # 20), which this Court granted (Doc. # 21). Accordingly, Plaintiff had until and including January 6, 2015, to file his Objections to the Report and Recommendation. (Id.). On January 5, 2015, O'Donnell filed Objections to the Magistrate Judge's Report and Recommendation. (Doc. # 22). At this juncture, the Government has failed to file a response to Plaintiff's Objections, and the time to do so has passed.

Nonetheless, upon due consideration, the Court overrules O'Donnell's Objections and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file, and upon due consideration, the Court overrules

O'Donnell's Objections, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Report and Recommendation thoughtfully addresses the issues presented, and the Objections do not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of the Honorable Thomas G. Wilson, United States Magistrate Judge (Doc. # 19) is **ADOPTED**.

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to enter a Judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed. Thereafter, the Clerk is directed to **CLOSE THE CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of January, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

3